## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**November 30, 2009**

Mr. Harvey Beech -- *pro se*
121 Deer Creek Drive
Cabot, AR 72023


      Re: *Beech v. First Franklin Corporation et al* --  4:09CV00826-WRW

Dear Mr. Beech:

I have received Defendants' Motion to Dismiss, which was filed on November 2, 2009, and appears to be well taken.

I assume that since you have not filed a response,[1] you agree with Defendants' position. If you choose not to respond by 12:00 noon on Monday, December 14, 2009, I will grant the motion.


                              Cordially,

                              /s/ Wm. R.Wilson,Jr.


Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] The response was due on Wednesday, November 16, 2009.