IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HARVEY BEECH                                                                                          PLAINTIFF

VS.                                           4:09CV00826-WRW

FIRST FRANKLIN CORP.,
SELECT PORTFOLIO SERVICING,
SHAPIRO and KIRSH, LLP,
WELLS FARGO, NA, and
D. DENISE GRIFFIN                                                                                  DEFENDANTS

## ORDER

Pending are Defendants' Motions to Dismiss the Amended Complaint (Doc. Nos. 17, 19). Try as I might, I cannot discern or divine a genuine cause of action in Plaintiff's Complaint, which does appear largely cut-and-pasted from the Internet. I note, too, that Plaintiff's Amended Complaint is longer and less clear than his original Complaint, contrary to my Order of December 15, 2009.[1] Finally, Plaintiff's Responses to Defendants' Motions to Dismiss are long overdue. Accordingly, Defendants' Motions to Dismiss are GRANTED, and this case is DISMISSED WITHOUT PREJUDICE as to all Defendants.

IT IS SO ORDERED this 22nd day of February, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 13.

1