IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HARVEY BEECH                                                                                    PLAINTIFF

VS.                                            4:09CV00826-WRW

FIRST FRANKLIN CORP.,
SELECT PORTFOLIO SERVICING,
SHAPIRO and KIRSH, LLP,
WELLS FARGO, NA, and
D. DENISE GRIFFIN                                                                          DEFENDANTS

## ORDER

Plaintiff's Motion to Remand (Doc. No. 23) is DENIED, since this case was dismissed on February 22, 2010.[1]

IT IS SO ORDERED this 25th day of February, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 21.

1