# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| **HARVEY BEECH** | **PLAINTIFF** |
| VS. | 4:09CV00826-WRW |
| **FIRST FRANKLIN CORP.,** | |
| **SELECT PORTFOLIO SERVICES, (sic)** | |
| **SHAPIRO AND KIRSH, LLP,** | |
| **WELLS FARGO, NA (sic), and** | |
| **D. DENISE GRIFFIN** | **DEFENDANTS** |

## AMENDED ORDER OF DISMISSAL

On February 22, 2010, the Court entered an order (the "Order") [Doc. 21] dismissing plaintiff Harvey Beech's ("Beech") amended complaint [Doc. 15] without prejudice. The Order is incorporated herein in its entirety. At the time the Court entered the Order, it was not aware that Beech had filed a notice of lis pendens (the "Lis Pendens") [Doc. 3] in connection with his original complaint with respect to the real property that was the subject of his original complaint and amended complaint. The Lis Pendens was recorded on September 18, 2009, in the real estate records of Lonoke County, Arkansas, as document number 200910788.

Because Beech's amended complaint has been dismissed, the correlating Lis Pendens should likewise be and hereby is RELEASED as of February 22, 2010.

IT IS SO ORDERED this 18th day of March, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE